RENE L. VALLADARES
Federal Public Defender
Nevada State Bar #11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar # 06587
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for **BENJAMIN BERKOWITZ**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**BENJAMIN BERKOWITZ**,<br><br>Defendant. | 2:11-127-GMN<br>2:12-cr-00070-GMN -CWH<br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Sarah Griswold, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for, BENJAMIN BERKOWITZ, that the sentencing hearing currently scheduled for, July 12, 2012, at the hour of 9:30 a.m. be vacated and set to a date and time convenient to this Court. In no event, however, earlier than seven (7) days or a date and time convenient with the court.

This Stipulation is entered into for the following reasons:

1. Mr. Berkowitz's is the care giver for his 67 year old mother. His mother is awaiting results from tests to see if she has colon cancer. Mr. Berkowitz would like to be with his mother when she receives these test results as she also suffering from congestive heart failure and he doesn't know how getting the results will affect her.

1      2.    The defendant is not incarcerated and does not object to a continuance.

2      3.    Denial of this Stipulation to Continue could result in a miscarriage of justice.

3      4.    The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(3(A) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code, §§ 3161 (h)(7)(B)(I), 3161 (h)(7)(B)(iv).

This is the first request for continuance filed herein.

DATED this 6th day of July, 2012.

| RENE L. VALLADARES | DANIEL G. BOGDEN, |
| Federal Public Defender | United States Attorney |

*/s/ William Carrico*                                       */s/ Sarah Griswold*
By:_____        By:_____
   WILLIAM CARRICO                              SARAH GRISWOLD
   Assistant Federal Public Defender         Assistant United States Attorney

Case 2:12-cr-00070-GMN-CWH   Document 13   Filed 07/10/12   Page 3 of 3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**BENJAMIN BERKOWITZ**,<br><br>　　　　　Defendant. | 2:11-CR-127-GMN<br>2:12-cr-00070-GMN -CWH<br>**ORDER** |

## ORDER

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for, July 12, 2012 at the hour of 9:30 a.m., be vacated and continued to July 19, 2012 at the hour of 11:00 a.m.

**DATED** this 9th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge